UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **3376 COSHATTE, LLC,** § | |
| *Plaintiffs*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:25-cv-04807 |
| **AMERICAN FIRE AND CASUALTY** § | |
| **INSURANCE COMPANY,** § | |
| *Defendant*. § | |
| § | |

## INDEX OF MATTERS BEING FILED

1. Notice of Removal

2. Index of Matters Being Filed

3. A copy of the Harris County Clerk's file for this case, including:
   a. The docket sheet;
   b. Plaintiff's Original Petition;
   c. Citation Served on Defendant; and
   d. Defendants' Original Answer.

4. List of Parties and Counsel

EXHIBIT 1